IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ESTECH SYSTEMS IP, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-cv-00482-JRG-RSP |
| CARVANA LLC, | § § | (Lead Case) |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Estech Systems IP, LLC ("Estech") and Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Engineering & Manufacturing North America, Inc. (together, "Toyota"). (Dkt. No. 188.)

Having considered the motion, and in light of its joint nature, it is **GRANTED**. Accordingly, all claims by Estech against Toyota are **DISMISSED WITH PREJUDICE**, and all claims by Toyota against Estech are **DISMISSED WITHOUT PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-cv-001 and **MAINTAIN AS OPEN** the Lead Case above.

So ORDERED and SIGNED this 1st day of February, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE